# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Pennsylvania

| | |
|---|---|
| United States of America<br>v.<br>**ARNOLD MILLER**<br><br>*Defendant(s)* | Case No. 22-mj-1141 |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of **May 22, 2022** in the county of **Philadelphia** in the **Eastern** District of **Pennsylvania**, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| Title 18 U.S.C. Section 1073 | Unlawful Flight to Avoid Prosecution |

This criminal complaint is based on these facts:
See attached affidavit.

☑ Continued on the attached sheet.

/s/ Benjamin Paris
*Complainant's signature*

Benjamin Paris, Special Agent, FBI
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 07/19/2022

Elizabeth T. Hey
2022.07.20
08:46:14 -04'00'
*Judge's signature*

City and state: Philadelphia, Pennsylvania    Honorable Elizabeth T. Hey, U.S. Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, Benjamin Paris, being duly sworn under oath, state the following:

1. I am a Special Agent with the Federal Bureau of Investigation and have been since July 31, 2011. I am currently assigned to the Philadelphia Division. Since November 11, 2018, I have been assigned to the Violent Crimes Task Force ("VCTF") as a Special Agent. My current duties include, among other things, the investigation of bank robberies, Hobbs Act violations and fugitive investigations. This includes violation of Title 18 United States Code, Section 1073, Unlawful Flight to Avoid Prosecution.

2. This affidavit is being submitted in support of a criminal complaint and arrest warrant charging ARNOLD MILLER with a violation of Title 18, United States Code, Section 1073, for unlawful flight to avoid prosecution.

3. This affidavit is based upon my personal knowledge, experience, and investigation, as well as information related to me directly or through reports of other FBI agents, Philadelphia Police Department ("PPD") officers, and other law enforcement officers in the course of their official duties. Because this affidavit is submitted for the limited purpose of obtaining a criminal complaint, I have not included all information known by me or other law enforcement officers concerning this investigation. I have set forth only those facts I believe are essential to establish the necessary foundation for the criminal complaint. Where I assert that an event took place on a particular date or at a particular time, I am asserting that it took place on or about the date asserted or at approximately the time asserted. Similarly, where I assert that an event took place at a certain location, I am asserting that the event took place at approximately that location.

4.	On May 22, 2022, at approximately 3:39 pm, Philadelphia Police Department ("PPD") officers responded to 4918 Aspen Street, Philadelphia, Pennsylvania for a report of a person with a gun.  Upon arrival, PPD officers located a deceased individual on the second floor of the residence with an apparent gunshot wound to the head. Nine 9mm fired cartridge casings were recovered at the crime scene, as well as three projectiles.

5.	During the investigation, PPD interviewed a witness to the homicide ("WITNESS 1").[1] WITNESS 1 was inside of the residence at 4918 Aspen Street when the homicide occurred. WITNESS 1 heard MILLER and the victim arguing in a bedroom.  MILLER then left the bedroom and went into the middle bedroom on the same floor. As WITNESS 1 and the victim were walking past the middle bedroom, MILLER left the middle bedroom with a gun in his hand and shot the victim from behind.  MILLER followed the victim into the rear bedroom and shot him several times.

6.	When MILLER finished shooting, he turned to WITNESS 1 and stated, "Call the cops … tell them someone ran in here."  MILLER then left the house.

7.	Surveillance video recovered from a nearby apartment complex shows a black male wearing a white sleeveless shirt and dark pants leave 4918 Aspen Street and run west on Aspen Street at approximately 3:54 p.m. on May 22, 2022, consistent with the time of this incident.

---

[1] All individuals identified as a witness in this affidavit are known to law enforcement and have been interviewed in connection with this investigation. The witnesses are not identified by name to ensure their safety. Each witness provided information without promise and/or anticipation of receipt of financial or judicial/prosecutorial consideration. The information they provided is believed to be truthful and accurate because some of the information has been independently corroborated by this investigation.

8. WITNESS 1 identified MILLER in a photograph and on the recovered surveillance video, as the person that shot the victim.

9. PPD also interviewed another witness who was inside the residence during the shooting ("WITNESS 2"). WITNESS 2 stated they were in the living room of 4918 Aspen Street when they heard numerous gunshots. WITNESS 2 then saw MILLER run down the stairs from the second floor and leave the house.

10. WITNESS 2 identified MILLER by photograph.

11. On May 25, 2022, a PPD detective obtained an arrest warrant for Arnold MILLER, charging him with murder and related charges in the shooting death of the victim.

12. WITNESS 1 told police MILLER's phone number was (267) 902-7879. A records check showed that the number was serviced by T-Mobile. On June 3, 2022, a Pennsylvania state court order was signed and served to T-Mobile for telephone number (267) 902-7879, requesting historical cell site information.

13. Information obtained from T-Mobile in accordance with the court order showed that the phone was in Columbia, South Carolina.

14. On or about June 9, 2022, the activity on the phone ceased and T-Mobile terminated service for lack of payment on the account.

15. The FBI conducted queries for social media accounts associated with MILLER's original telephone number, (267) 902-7879, which revealed a Cash App username of "$1gdasteppa." The FBI then found MILLER's active Instagram account by querying the username "1gdasteppa."

16. On June 22, 2022, a Pen Register and Trap and Trace ("PRTT") was obtained in the Eastern District of Pennsylvania for Internet Protocol (IP) address activity from MILLER's Instagram account "1gdasteppa."

17. Analysis of MILLER's Instagram account activity revealed that MILLER was connecting to Instagram from a specific internet protocol version 6 ("IPv6") routing address, which was determined to be serviced by T-Mobile. T-Mobile queried the IP address usage during the specific transaction times and resolved the IP usage to T-Mobile telephone number (215) 558-0813. The T-Mobile account was used by MILLER from June 28, 2022, through June 30, 2022. According to T-Mobile records, the subscriber for this account is N.S. of 4944 North Warnock Street, Philadelphia, Pennsylvania.

18. The IP address activity on MILLER's Instagram account indicated that MILLER was accessing his Instagram account from a new mobile phone account associated with T-Mobile phone number (215) 558-0813. It should be noted that MILLER deactivated service to his prior phone number on June 9, 2022.

19. Additionally, further analysis of MILLER's Instagram account activity showed that MILLER was also connecting to Instagram from a specific IPv6 address, which was determined to be serviced by Comcast. Comcast queried the IP address usage during the specific transaction times and resolved the IP usage to a residential Comcast account servicing a modem located at 3905 Adams Street, Bellwood, Illinois. The Comcast account was used by MILLER on July 1, 2022, and July 13, 2022. Comcast identified the subscriber as C.T.

20. I am aware that cell phones can utilize both cellular and Wi-Fi connectivity to access applications, such as Instagram, on the mobile device. Therefore, the analysis suggests that MILLER is connecting to Instagram using a known Comcast residential Wi-Fi account for

which he has login credentials. Additionally, when Miller is away from the residential Wi-Fi router, his device switches to mobile data and connects to Instagram via the cellular network, specifically the account associated with T-Mobile phone number (215) 558-0813.

21. WITNESS 1 and WITNESS 2 provided statements to police that MILLER fled the scene after shooting and killing the victim.

22. I believe that MILLER is aware of his status as a person wanted for a homicide based upon his flight from the original scene. Additionally, on July 9, 2022, MILLER posted the below photograph of himself and caption on his Instagram account "1gdasteppa", indicating that he is actively "dodging" law enforcement. I know from my investigation in this case that the photograph is MILLER.



23. I also believe that based upon cellular telephone analysis and monitoring of IP address activity that MILLER fled from Philadelphia for Columbia, South Carolina and from there, fled to Bellwood, Illinois, while using a different cellular phone.

24. Based on the information obtained in this investigation, I believe Arnold MILLER has fled the Eastern District of Pennsylvania, in violation of Title 18 United States Code Section 1073.

Respectfully submitted,

*/s/ Benjamin Paris*
Benjamin Paris
Special Agent
Federal Bureau of Investigation

Subscribed and sworn to before me on _____, 2022.

Elizabeth T. Hey
2022.07.19 15:02:03 -04'00'
_____
THE HONORABLE ELIZABETH T. HEY
UNITED STATES MAGISTRATE JUDGE